IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOSEPH DAVIS**                                                                  **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 2:18-CV-00178-KS-MTP**

**CITY OF WAYNESBORO, MISSISSIPPI;**
**MAYOR RICHARD JOHNSON, INDIVIDUALLY;**
**ALDERMAN TIM COCHRAN, INDIVIDUALLY;**
**ALDERMAN ALBERT BUSBY, INDIVIDUALLY;**
**ALDERMAN TAMMIE K. WILSON, INDIVIDUALLY;**
**ALDERMAN JOHNNY GRAY, INDIVIDUALLY and**
**ALDERMAN MARY JOYCE HOWARD DAVIS; INDIVIDUALLY**      **DEFENDANTS**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Joseph Davis hereby stipulates to the dismissal with prejudice of Defendants Aldermen Tammie K. Wilson, Johnny Gray and Mary Joyce Howard Davis in this action. Counsel for all parties hereby agree to the dismissal of these Defendants as indicated by the signatures below.

DATED this the 7th day of February 2019.

                                                   Respectfully submitted,

                                                   s/<u>Nick Norris</u>, MS Bar #101574
                                                     *Attorney for Plaintiff*

                                                   s/<u>Berkley N. Huskison</u>, MS Bar #9582
                                                     *Attorney for Defendants Alderman*
                                                     *Tammie K. Wilson, Alderman Johnny*
                                                     *Gray and Alderman Mary Joyce*
                                                     *Howard Davis*

                                                   s/<u>William R. Allen</u>, MS Bar #100541
                                                   *Attorney for Defendant City of*
                                                   *Waynesboro, Mississippi*

                                                   s/<u>Katherine S. Kerby</u>, MS Bar #3584
                                                   *Attorney for Defendants Richard Johnson,*
                                                   *Tim Cochran and Albert Busby*

1114303