IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH DAVIS                                                                                             PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 2:18-cv-178-KS-MTP

CITY OF WAYNESBORO, MISSISSIPPI, et al.                                         DEFENDANTS

### AGREED ORDER OF DISMISSAL AS
### TO CITY OF WAYNESBORO, MISSISSIPPI

This day this cause came on to be heard on the *ore tenus* motion of the parties to dismiss the City of Waynesboro, Mississippi and all claims asserted against it, and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the City of Waynesboro and all claims asserted against it are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED this the 21st day of February, 2019.

_____
DISTRICT COURT JUDGE

AGREED TO:

/s/ Robert N. Norris
LOUIS H. WATSON, JR., ESQ. (MSB # 9063)
ROBERT N. NORRIS, ESQ. (MSB #101574)
Watson & Norris, PLLC
1880 Lakeland Dr., Suite G
Jackson, Mississippi 39216
Tel: (601) 968-0000
Fax: (601) 968-0010
louis@watsonnorris.com
nick@watsonnorris.com
*Attorney for Plaintiff, Joseph Davis*

/s/William R. Allen
WILLIAM R. ALLEN, ESQ. (MSB # 100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
*Attorney for Defendant, City of Waynesboro, Mississippi*