IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH DAVIS                                                                              PLAINTIFF

VS.                                                   CIVIL ACTION NO. 2:18-CV-00178-KS-MTP

CITY OF WAYNESBORO, MISSISSIPPI; ET AL                              DEFENDANTS

---

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE BY DEFENDANTS RICHARD JOHNSON, TIM COCHRAN, AND ALBERT BUSBY

---

Defendants Richard Johnson, Tim Cochran, and Albert Busby move to dismiss this cause and all claims against them with prejudice based on the agreement of the parties with prejudice as shown by Exhibit 1 hereto. These Defendants request entry of the Agreed Judgment attached Exhibit 1

Respectfully submitted, this the 18th day of May, 2019.

/s/ *Katherine S. Kerby*
Katherine S. Kerby, MSB # 3584
Richard Johnson, Tim Cochran,
Albert Busby, Defendants

OF COUNSEL:
Katherine S. Kerby, Kerby Law Firm.
Post Office Box 551, Columbus, MS 39703
email: ksearcyk@bellsouth.net
Phone: 662-889-3733 Fax: 662-328-9553

### CERTIFICATE OF SERVICE

I, Katherine S. Kerby, attorney for Defendants certify that I have this day served via the ECF system the foregoing which then served same to Louis H. Watson, Jr. , louis@watsonnorris.com and Nick Norris , nick@watsonnorris.com  as Attorneys for Plaintiff.   This the 18th day of May, 2019.

/ s/ *Katherine S. Kerby*
Katherine S. Kerby