**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, EASTERN DIVISION**

**JOSEPH DAVIS**                                                      **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 2:18-cv-00178-KS-MTP**

**CITY OF WAYNESBORO, MISSISSIPPI; ET AL**              **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MAYOR RICHARD JOHNSON, ALDERMAN TIM COCHRAN, AND ALDERMAN ALBERT BUSBY**

The unopposed Motion of Defendants Richard Johnson, Tim Cochran, and Albert Busby to dismiss with prejudice based on the agreement of the parties noted by the signatures of Counsel for the parties to this order is sustained. This cause is hereby dismissed with prejudice.

So ordered this the   20th   day of May, 2019.

                                                                               */s/*   Keith Starrett
Agreed:                                                   United States District Judge Keith Starrett

*/s/ Katherine S. Kerby*
Katherine S. Kerby, MBN #3584
Attorney for Defendants Richard Johnson,
Tim Cochran, and Albert Busby

*/s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr.  MBN#9083
Watson & Norris, P.L.L.C.
Attorney for Plaintiff Joseph Davis

Order prepared by:
Katherine S. Kerby, MSB# 3584
Kerby Law Firm, L.L.C.
Post Office Box 551, Columbus, MS 39703-0551
Telephone:662-889-3733,Fax: 662-328-9553
Email: ksearcyk@bellsouth.net